**ECONOMY FIRE & CASUAL-
TY COMPANY, Plain-
tiff/Respondent,**

v.

**Richard and Geralyn ERCKMANN,
Defendants/Appellants.**

**No. ED 79681.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 5, 2002.

Application for Transfer to Supreme
Court Denied April 25, 2002.

Application for Transfer Denied
May 28, 2002.

Robert Herman, St. Louis, MO, for appellant.

David P. Bub, Russell F. Watters, Jennine D. Adamek, Brown & James, P.C., St. Louis, MO, for respondent.

Before JAMES R. DOWD, C.J., KATHIANNE KNAUP CRANE, J., and RICHARD B. TEITELMAN, J.

# ORDER

PER CURIAM.

Defendants appeal from the trial court's entry of summary judgment in plaintiff's favor. No error of law appears. An opinion reciting the facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).